IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| EDDISON CAMPOS CAMACHO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:17-cv-01485-LSC-TMP |
| | ) |
| JEFF B. SESSIONS, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

On December 14, 2017, the magistrate judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot. To date, no objections have been filed by either party. On January 2, 2018, the copy of the Report and Recommendation mailed to the petitioner was returned marked "No Longer Here." (Doc. 15).

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to

28 U.S.C. § 2241 in the above-styled cause is due to be DISMISSED as MOOT. An order of final judgment will be entered contemporaneously herewith.

Done this 10th day of January 2018.

L. Scott Coogler
United States District Judge

[160704]